UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                              CHAPTER 13 PROCEEDING:
REYNALDO ARIZPE JR & RUTH ARIZPE          05-10512-B-13
DEBTORS

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.   Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Thursday, Apr 28, 2005.

    2.   This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.   Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.   Trustee has been unable to locate the following creditor at the address listed below.

        CAPITAL FINANCIAL CREDIT LLC
        BANKRUPTCY DEPARTMENT
        2470 SATELLITE BLVD SUITE 200
        DULUTH, GA  30096

    5.   As a result, funds owed to the creditor in the amount of $155.42 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Mon, July 26, 2010

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                          CHAPTER 13 PROCEEDING:
REYNALDO ARIZPE JR & RUTH ARIZPE                     05-10512-B-13
DEBTORS

### CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on Jul 26, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee

REYNALDO ARIZPE JR AND RUTH ARIZPE
1323 CALLE PLUTON
BROWNSVILLE, , TX  78520

ANDARZA & HOFFMAN PC
611 S CONGRESS AVE  STE 210
AUSTIN, TX  78704

CAPITAL FINANCIAL CREDIT LLC
BANKRUPTCY DEPARTMENT
2470 SATELLITE BLVD SUITE 200
DULUTH, GA  30096